Ray A. Estolano, SB# 204919
Abrigo and Estolano
737 Third Ave., Suite B
Chula Vista, CA 92101
(619)422-7722
ATTORNEY FOR DEFENDANT

FILED
FEB 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08-mj-08133-PCL |
| Plaintiff, | |
| | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| JUAN BAUTISTA BELTRAN-BELTRAN, | DATE:2/28/2008 |
| | TIME: 1:30 PM |
| Defendant | DEPT:EL CENTRO CA SITE |

/

/

/

THE COURT AND ALL PARTIES ARE HEREBY NOTIFIED THAT DEFENDANT, JUAN BAUTISTA BELTRAN-BELTRAN, substitutes **Ray Antonio Estolano, Esq.**, 737 3rd Ave Suite B, Chula Vista CA 91910, in as his representative in this legal matter.

Ray Estolano is substituted in place of former legal representative **Federal Defenders, FD**

I consent to this substitution

Date: ______________________

Ray Estolano, New Legal Representative

I consent to this substitution

Date: ______________________

Federal Defenders FD,

Former Legal Representative

I consent to this substitution

Date: ______________________

Juan Bautista Beltran-Beltran, Defendant