FILED
MAR 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN BAUTISTA BELTRAN-BELTRAN, Defendant. | Criminal Case No. 08CR 766-JAH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony) |

The United States Attorney charges:

On or about February 12, 2008, within the Southern District of California, defendant JUAN BAUTISTA BELTRAN-BELTRAN, did knowingly and intentionally possess, with intent to distribute, 50 grams or more, to wit: approximately 1.54 kilograms (3.4 pounds), of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: March 13, 2008.

KAREN P. HEWITT
United States Attorney

John O'Weir For

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
3/13/08