AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JUAN BAUTISTA BELTRAN-BELTRAN

**WAIVER OF INDICTMENT**

CASE NUMBER: ~~08MJ 8133~~ 08CR766-JAH

I, JUAN BAUTISTA BELTRAN-BELTRAN, the above named defendant, who is accused of committing the following offense:

Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3-13-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Ray Estrada
Counsel for Defendant

Before
JUDICIAL OFFICER

FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY