FILED

2008 MAR 28 AM 10: 09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

JOHN F. KELLY
Attorney at Law #163883
406 Ninth Avenue, Suite 303
San Diego, California 92101
619-231-3097
JFKLaw@cs.com

Attorney for JUAN BELTRAN-BELTRAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN BELTRAN-BELTRAN, Defendant. | Case No. 08MJ8133 08CR0766-JAH<br><br>SUBSTITUTION OF ATTORNEY |

Defendant hereby substitutes John F. Kelly as his attorney of record in the above matter as his counsel of record in place of : Ray Antonio Estolano.

Dated: 3 . 24 . 08

x [signature]
Juan Beltran-Beltran
Defendant

Dated: 3 . 24 . 08

x [signature]
John F. Kelly
Attorney for Defendant

I consent to the above substitution:

Dated: 3/24/08

[signature]
Ray Antonio Estolano
Attorney at Law

Mar 24 08 03:18p p.2