FILED

2008 MAR 28 AM 10: 09

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: Kelly DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JUAN BELTRAN-BELTRAN, Defendant. | Case No. 08MJ8133 08CR0766 ORDER |

***IT IS HEREBY ORDERED*** that attorney John F. Kelly be substituted as attorney of record in this matter.

Dated: 3/27/08

United States District/Magistrate Judge